# EXHIBIT 1

     800-444-4665

HOME   PRODUCT LINES   MERCHANDISING SOLUTIONS   SHOP   ABOUT   RESOURCES   CONTACT

Due to the sharp price increases we are experiencing for all our raw materials a surcharge of 15% will be added to all orders shipped after April 10th 2021.

 Quotes (0)

All Categories > Shelf Management > Clear Modular System

# CLEAR MODULAR SYSTEM

Request Information

 Dividers

 Front Rails / Product Stops

 Pushers / Slides

 Back Rails

## PRODUCT LINES
- Accessories
- Anti-Theft Fixtures
- Bar Merchandisers
- AMT Merchandising
- Display & Scan Hooks
- Label Holders & Signing
- Tray Merchandisers

## COMPANY
- Officers & Staff
- History
- Founder
- Company Profile
- Global Strategy
- Facilities
- Industry Rankings
- Patents & Trademarks
- Community Involvement
- Environmental Stewardship

## CUSTOMER SERVICE
- Sample Request
- Printed Catalog Request
- Custom Capabilities
- Colors & Materials
- Terms & Conditions
- Credit Application Download
- Order Form Download
- Contact

## NEWS & RESOURCES
- Shop
- Download Catalog
- Company News
- New Products
- Press Releases
- Tradeshows & Events
- Literature Library
- Awards
- Local Links

## CONTACT
- Directions
- Catalog & Sample Request
- U.S. Sales
- Customer Service
- International Partners
- Officers & Staff
- Employment

©2021 TRION INDUSTRIES, INC. ALL RIGHTS RESERVED..

AN AMERICAN COMPANY   |   SITEMAP   |   TERMS AND CONDITIONS   |   EMPLOYEE PORTAL   |   SITE BY HALIBUT BLUE