# EXHIBIT 22



St. Onge Steward Johnston & Reens LLC
986 Bedford Street  +1 203 324-6155 T
Stamford, Connecticut  +1 203 327-1096 F
06905-5619  ssjr.com

October 22, 2021

VIA EMAIL
Reza.dokhanchy@kirkland.com

Reza Dokhanchy
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Re:   Your File Not Known - SSJR File 06004-L0210A
      <u>RTC Industries, Inc. v. Fasteners for Retail, Inc. 1:18-cv-00861 (non-party witness)</u>

Dear Mr. Dokhanchy:

Our firm has been retained to represent Trion Industries, Inc. in its ongoing discovery discussions regarding Fasteners for Retail, Inc.'s ("FFR") subpoenas dated August 30, 2021 relating to the above captioned matter.

We understand that counsel has received certain documents in response to those subpoenas and that those documents may not have been marked pursuant to the Protective Order covering the litigation, although we understand counsel has been instructed that those documents are to be treated as "Highly Confidential – Attorney's Eyes Only." To the extent counsel is in possession of such unmarked documents, we ask that you please destroy all physical and digital copies, and we will provide properly marked substitutes in due course.

We also would like to better understand the outstanding information that FFR still requires. To that end, please provide your availability for a teleconference on Monday or Tuesday of next week; we are generally available either day. We look forward to working with you to arrive at a mutually agreeable arrangement to facilitate your defense against RTC's claims.

Respectfully,

*Stephen S. Zimowski*

Stephen S. Zimowski
szimowski@ssjr.com

FLS:FS2:SSZ
c:    John S. Thalenfeld (via email only jthalenfeld@triononline.com)
      Vonda Howell (via email only vhowell@triononline.com)
      Sam Rostock (via email only srostock@triononline.com)
      Rich Wildrick (via email only rwildrick@triononline.com)
      Jerry B. Chariton (via email only jbc@charitonmalak.com)
      Gianni Cutri (via email only gcutri@kirkland.com)